RECEIVED

JUL 2 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| RANISH D. RICHARD | CIVIL ACTION NO. 12-cv-552 |
| VERSUS | JUDGE DOHERTY |
| CITY OF VILLE PLATTE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this matter is REMANDED to the 13th Judicial District Court, Parish of Evangeline, Louisiana, from which it originated.

Signed this 24 day of July, 2012.

Rebecca F. Doherty
United States District Judge